SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
FIDEL HERNANDEZ

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDEL HERNANDEZ,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BARRERAS INVESTMENT PROPERTIES LLC; and DOES 1 to 10,<br><br>　　　　　Defendants. | **Case No.: 2:21-cv-00622-MCS (AGRx)**<br><br>**Plaintiff's Notice of Motion and Motion for Default Judgment by Court**<br><br>Date: July 26, 2021<br>Time: 09:00 a.m.<br>Courtroom: 7C<br><br>Honorable Judge Mark C. Scarsi |

　　To Defendant BARRERAS INVESTMENT PROPERTIES LLC and the attorneys of record, if any: Please take notice that on July 26, 2021, at 09:00 a.m., or as soon thereafter as this matter may be heard by this Court located at 350 W. First Street, Los Angeles, California, Plaintiff FIDEL HERNANDEZ will present Plaintiff's motion for default judgment against Defendant BARRERAS INVESTMENT PROPERTIES LLC. The Clerk has previously entered the default on Defendant BARRERAS INVESTMENT PROPERTIES LLC on May 5, 2021.

　　At the time and place of hearing, Plaintiff will present proof of the following matters: (1) Defendant BARRERAS INVESTMENT PROPERTIES LLC is not a minor

or incompetent person or in military service or otherwise exempted under the Soldier and Sailor's Civil Relief Act of 1940; (2) Defendant BARRERAS INVESTMENT PROPERTIES LLC has not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendant on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act.

The Plaintiff seeks a judgment in the amount of $4,440.00 in attorney fees and costs as set forth in the attached declaration of Jason J. Kim and an Order directing the Defendant to: make alterations in such a manner that, to the maximum extent feasible, the goods, services, facilities, privileges, advantages, or accommodations offered by Defendant is readily accessible to and usable by individuals with disabilities at the property located at or about 4211 E. Olympic Blvd., Los Angeles, California. This motion is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of the original motion for default judgment by court was served on Defendant BARRERAS INVESTMENT PROPERTIES LLC on June 21, 2021 by first class United States Mail, postage prepaid.

Dated: June 21, 2021                    **SO. CAL. EQUAL ACCESS GROUP**


By:   \_/s/ Jason J. Kim_____
       Jason J. Kim, Esq.
       Attorneys for Plaintiff